

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00081-CV

| | | |
|---|---|---|
| In re William Thomas Leonard | § | Original Proceeding |
| | § | From the 371st District Court |
| | § | of Tarrant County (0908775) |
| | § | June 6, 2013 |
| | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered relator's petition for writ of mandamus and is of the opinion that relief should be granted. Accordingly, relator's petition is conditionally granted. We direct the trial court to vacate its December 4, 2012 order. Writ will issue only if the trial court fails to do so within ten days of this opinion.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Anne Gardner